FILED
MAY 15 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DEEVAUDA J. RUSS,

    Plaintiff,

v.

NIAGARA RESTITUTION SERVICES, INC.,

    Defendant.

Case No. 5:19-cv-00220-FB

## DEFAULT JUDGMENT ORDER

1.     Judgment by default is entered in favor of Plaintiff DEEVAUDA J. RUSS and against Defendant NIAGARA RESTITUTION SERVICES, INC. as follows:

    a. Statutory Damages      $ 11,000.00

    c. Attorney fees      $ 3,837.50

    d. Costs      $ 535.40

2.     Allowing judgement interest to be added per diem.

3.     Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of May, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE